## Commonwealth *v.* Sliva, Appellant.

Argued September 15, 1965. *Robert T. Burke*, Assistant Public Defender, for appellant; *Ward F. Clark*, First Assistant District Attorney, and *William J. Carlin*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.